101 A.3d 22

IN THE MATTER OF GREGORY N. FILOSA, AN ATTORNEY
AT LAW (ATTORNEY NO. 039102005).

November 6, 2014.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 14–108, concluding that as a matter of reciprocal discipline pursuant to *Rule* 1:20–14, **GREGORY N. FILOSA** of **NEW YORK, NEW YORK,** who was admitted to the bar of this State in 2006, should be suspended from the practice of law for a period of one year based on discipline imposed in the state of New York for conduct that in New Jersey constitutes violations of *RPC* 3.3(a)(4) (a lawyer shall not knowingly offer evidence that the lawyer knows to be false), *RPC* 3.4(a) (a lawyer shall not unlawfully obstruct another party's access to evidence or unlawfully alter, destroy or conceal a documents or other material having potential evidentiary value, or counsel or assist another person to do any such act), *RPC* 3.4(b) (a lawyer shall not falsify evidence, counsel or assist a witness to testify falsely), *RPC* 4.1(a) (a lawyer shall not knowingly make a false statement of material fact or law to a third person), *RPC* 8.4(a) (conduct that violates the *RPC*s), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit, or misrepresentation), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice);

And the Disciplinary Review Board having further concluded that the term of suspension should be retroactive to the date of his suspension in New York;

And good cause appearing;

It is ORDERED that **GREGORY N. FILOSA** is suspended from the practice of law for a period of one year, effective February 12, 2013, and until the further Order of the Court; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.